# Department of Radiation Oncology

School of Medicine



# Radiation Oncology Elective

In This Section

# Attention Visiting Students!

Please visit the School of Medicine Education website for more information about the application requirements. Applications are only accepted through the Visiting Student Learning Opportunities (VSLO) system.

## Underrepresented in Medicine Visiting Student Scholarship

The University of Colorado Department of Radiation Oncology is offering a visiting elective scholarship to fourth-year medical students underrepresented in medicine (URiM). This scholarship will provide up to $2,000 reimbursement to help with the cost of lodging, travel, and related expenses for a four-week elective in our department this academic year. For more details, please see the document below:



**URiM visiting elective scholarship** (pdf)
105 KB

---

## Elective Description

Whether you are pursuing a career in radiation oncology or another specialty, we see value in learning about the role of radiation therapy in the management of patients with cancer and benign conditions.

Objectives for the rotation include:

- Learn to perform focused oncologic histories and exams.
- Organize and deliver concise patient presentations with an introduction to oncology workups and treatment plans.
- Familiarize yourself with the workflow of a patient going through radiation treatments including initial consultation, treatment planning, treatment delivery, side effects management, and follow-up care.
- Attend multidisciplinary conferences and clinics, daily morning chart rounds to review patient care, and dedicated resident didactic sessions.
- In the last week of your elective, you will deliver a formal case-based presentation on a cancer-related topic. The patient case and topic should be identified in the first two weeks of the rotation with opportunity for you to review your presentation with the attending.
- Get to know our residents, attendings, and team. We are excited to get to know you (and convince you to join our field if not already)!

We will loan a copy of Essentials of Clinical Radiation Oncology, Second edition for recommended reference reading during the rotation.

We hope you enjoy this rotation as an opportunity to see how radiation oncology fits into the treatment of cancer.



**RAON8005 - Handbook** (pdf)
212 KB

Course Director: Tim Waxweiler, MD

Course Coordinator: Sandy Korn

Phone: (720)-848-0156

Fax: (720)- 848-0234