

# Department of Radiation Oncology

School of Medicine

## Underrepresented Minorities Visiting Elective Scholarship

The University of Colorado Department of Radiation Oncology is offering a visiting elective scholarship to fourth-year medical students underrepresented in medicine (URiM). This scholarship will provide up to $2,000 reimbursement to help with the costs of lodging, travel, and related expenses for a four week elective

in our department.

## Who should apply:

The scholarship is open to anyone who identifies with groups who are recognized as historically underrepresented in medicine including but not limited to African American/Black, Native American, Hispanic/Latino, Pacific Islander, LGBTQ+, or those from a disadvantaged socioeconomic background.

Students must be enrolled in their final year of medical school at an LCME-accredited institution and be in good academic standing. Students should additionally apply for this rotation through the VSLO. Please see the School of Medicine Education website for application requirements.

## Application Requirements:

Please send a brief statement of interest (no more than one page), curriculum vitae, and a recent unofficial medical school transcript to Sandra.Korn@cuanschutz.edu.

## Selection

Scholarships will be awarded prioritizing applicants' interest in pursuing a career with underserved populations, service, leadership, and academic achievement. Applications will be reviewed on a rolling basis through the end of the calendar year.

## Elective Description:

Whether you are pursuing a career in radiation oncology or another specialty, we see value in learning about the role of radiation therapy in the management of patients with cancer and benign conditions.

Objectives for the rotation include:

- Learn to perform focused oncologic histories and exams.
- Organize and deliver concise patient presentations with an introduction to oncology workups and treatment plans.
- Familiarize yourself with the workflow of a patient going through radiation treatments including initial consultation, treatment planning, treatment delivery, side effects management, and follow-up care.
- Attend multidisciplinary conferences and clinics, daily morning chart rounds to review patient care, and dedicated resident didactic sessions.
- In the last week of your elective, you will deliver a formal case-based presentation on a cancer-related topic. The patient case and topic should be identified in the first two weeks of the rotation with opportunity for you to review your presentation with the attending.
- Get to know our residents, attendings, and team. We are excited to get to know you (and convince you to join our field if not already)!

We will loan a copy of Essentials of Clinical Radiation Oncology, Second edition for recommended reference reading during the rotation.

We hope you enjoy this rotation as an opportunity to see how radiation oncology fits into the treatment of cancer.

In This Section