IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03441-GPG-TPO

DO NO HARM,

    Plaintiff,

v.

UNIVERSITY OF COLORADO,
TODD SALIMAN, in his official capacity as
the President of the University of Colorado,
DONALD M. ELLIMAN, JR., in his official capacity as
the Chancellor of the University of Colorado Anschutz Medical Campus,
JOHN SAMPSON, in his official capacity as
the Dean of the University of Colorado School of Medicine,
SHANTA M. ZIMMER, in her official capacity as
the Senior Associate Dean for Education of the
University of Colorado School of Medicine, and
BRIAN KAVANAGH, in his official capacity as
the Chair of the Radiation Oncology Department of the
University of Colorado School of Medicine,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 2, 2025.**

    Pursuant to the Order of Reference, this Court will hold the Fed. R. Civ. P. 16(b) Scheduling Conference on **March 13, 2025, at 10:00 a.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. This is an **in-person** proceeding.

    The Parties shall meet in accordance with Fed. R. Civ. P. 26(f) as soon as practicable.

    The Parties shall jointly prepare a Proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov. *See also* Instructions for Preparation of Scheduling Order (preceding the Scheduling Order template form) and Section IV of the Uniform Civil Practice Standards of the United States Magistrate Judges D.C.COLO.MJ (providing instructions regarding the Rule 26(f) conference, the deadline for exchanging Rule 26(a)(1) Initial Disclosures, and the preparation of the proposed Scheduling Order).

This Court reminds the Parties of the option to begin discovery before the Scheduling Conference, as permitted by Fed. R. Civ. P. 26(d).

**No later than seven days** before the Scheduling Conference, the Parties shall (1) file their Proposed Scheduling Order onto the case docket sheet and (2) **jointly email a Word copy of the proposed Scheduling Order, copying all Parties, to Chambers at** *o'hara_chambers@cod.uscourts.gov*.

Should a discovery dispute arise, the Parties shall follow the procedure set out at D.C.COLO.MJ § VI. Rather than file a motion, the Parties first shall meaningfully confer on the matter. If the Parties are unable to resolve the dispute on their own, then the Party seeking relief shall request a Discovery Conference with the Court by sending an email, copied to all Parties, to *o'hara_chambers@cod.uscourts.gov*. The Court will issue an order to schedule the Discovery Conference and to provide the Parties with instructions on how to proceed. The Court will determine at the conference whether to grant leave to file a motion. As permitted by D.C.COLO.MJ § VI, a motion may be filed <u>without</u> requesting an informal discovery conference for matters concerning a third party.