# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03441-GPG-TPO

DO NO HARM,

      *Plaintiff*,

v.

UNIVERSITY OF COLORADO;
TODD SALIMAN, in his official capacity as
the President of the University of Colorado;
DONALD M. ELLIMAN, JR., in his official
capacity as the Chancellor of the University of
Colorado Anschutz Medial Campus;
JOHN SAMPSON, in his official capacity as
the Dean of the University of Colorado
School of Medicine;
SHANTA M. ZIMMER, in her official capac-
ity as the Senior Associate Dean for Educa-
tion of the University of Colorado School of
Medicine; and
BRIAN KAVANAGH, in his official capacity
as the Chair of the Radiation Oncology De-
partment of the University of Colorado
School of Medicine,

      *Defendants*.

---

## JOINT STIPULATION OF DISMISSAL

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate

to the following:

1.     On December 12, 2024, Do No Harm filed this lawsuit challenging the

University of Colorado School of Medicine's Underrepresented Minorities Visiting

Elective Scholarship for visiting medical students studying radiation oncology, which was "open to anyone who identifies with the groups recognized as historically underrepresented in medicine including but not limited to African American/Black, Native American, Hispanic/Latino, Pacific Islander, LGBTQ+, or those from a disadvantaged socioeconomic background." Compl. (Doc. 1) ¶29; *see* Dep't of Radiation Oncology, *Underrepresented Minorities Visiting Elective Scholarship*, Univ. of Colo. Sch. of Med., perma.cc/8SEF-NRDZ. Do No Harm alleged that the scholarship was racially discriminatory in violation of the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution and Title VI of the Civil Rights Act of 1964. Compl. ¶¶49-72.

2.     After the lawsuit was filed, Defendants made changes to the scholarship program. *See* Dep't of Radiation Oncology, *Radiation Oncology Visiting Elective Scholarship*, Univ. of Colo. Sch. of Med., perma.cc/6MFB-RPKU.

    a.     "Underrepresented Minorities Visiting Elective Scholarship" is now called "Radiation Oncology Visiting Elective Scholarship."

    b.     The revised program is "open to all applicants—the focus is on those who have had personal experience overcoming hardship or have an interest in working with or advocating for patients who have traditionally experienced barriers to accessing healthcare."

3.     The scholarship will no longer require applicants to belong to historically underrepresented racial minority groups. Applicants' race or ethnicity will not be considered as a factor, except to the extent contemplated by the Supreme Court in *Students*

2

*for Fair Admissions, Inc. v. President & Fellows of Harvard College*, 600 U.S. 181, 230-31 (2023).

4.      The case is hereby dismissed, with both sides to bear their own fees and costs.

3

Dated: February 13, 2025

Respectfully submitted,

*/s/ Cameron T. Norris*
Thomas R. McCarthy
Cameron T. Norris
  *Lead Counsel*
Frank H. Chang
Zachary Grouev
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
frank@consovoymccarthy.com
zach@consovoymccarthy.com

*Attorneys for Do No Harm*

PHILIP J. WEISER
Attorney General

*/s/ Pawan Nelson*
MICHAEL MCMASTER*
Assistant Solicitor General
PAWAN NELSON*
Senior Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
(720) 508-6484 (McMaster)
(720) 508-6578 (Nelson)
michael.mcmaster@coag.gov
pawan.nelson@coag.gov

*Counsel of Record
*Attorneys for Defendants*

4